AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| JOHNATHAN SPINKS | ) | |
|---|---|---|
| Plaintiff | ) | C08-02404 TEH |
| v. | ) | Civil Action No. |
| FEDEX NATIONAL LTL | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: FEDEX NATIONAL LTL
*(Defendant's name)*

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dorothy D. Guillory, Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA 94577
(510) 639-2959   Fax: (510) 639-2961

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

Richard W. Wieking
Name of clerk of court

Date: MAY - 9 2008

KELLY COLLINS
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*