IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNATHAN SPINKS,

          Plaintiff,

    v.

FEDEX NATIONAL LTL,

          Defendant.

NO. C08-2404 TEH

ORDER OF DISQUALIFICATION

    I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

**IT IS SO ORDERED.**

Dated: 05/14/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT