STEPHANIE BRADSHAW (SBN 170757)
ALYSON S. CABRERA (SBN 222717)
Gordon & Rees LLP
Attorneys at Law
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
Fax: (415) 986-8054
Attorney for Defendant
FEDEX NATIONAL LTL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN SPINKS,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX NATIONAL LTL,<br><br>    Defendant. | Case No.: C-08-02404 (VRW)<br><br>**PARTIES' STIPULATION FOR CONTINUANCE OF SEPTEMBER 17, 2009 TRIAL SETTING CONFERENCE AND [~~PROPOSED~~] ORDER THEREON** |

### STIPULATION OF PARTIES

Whereas there is currently a trial setting conference scheduled for September 17, 2009;

Whereas the parties have been ordered to mediate this action through the Northern District's mediation program;

Whereas the court's ADR department did not appoint Andria Knapp as the mediator in this action until August 20, 2009;

Whereas Ms. Knapp did not contact the parties until August 31, 2009;

Whereas the parties are in the process of scheduling a joint conference call with Ms. Knapp, pursuant to ADR L.R. 6-6;

Whereas the parties desire to attend mediation with Ms. Knapp prior to attending a trial setting conference as the action may resolve;

Whereas the parties anticipate that the mediation with Ms. Knapp will be completed in the next 30 to 45 days;

The parties hereby stipulate that the September 17, 2009 trial setting conference will be continued to October 15, 2009 at 3:30 p.m., or to a date as soon thereafter as the court permits.

IT IS SO STIPULATED.

GORDON & REES LLP

Dated: September 3, 2009          By: _____
                                       ALYSON S. CARRERA
                                       Attorney for Defendant FEDEX NATIONAL LTL

Dated: September 3, 2009          By: _____
                                       DOROTHY D. GUILLORY
                                       Attorney for Plaintiff JOHNATHAN SPINKS

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, the September 17, 2009 trial setting conference in this matter is vacated. The trial setting conference will now be held on October 15, 2009 at 3:30 p.m.

**IT IS SO ORDERED.**

Dated: 9/11/2009

_____
Hon.

[GRANTED — Judge Vaughn R Walker, United States District Court, Northern District of California seal]

-2-