1  STEPHANIE BRADSHAW (SBN 170757)
   ALYSON S. CABRERA (SBN 222717)
2  Gordon & Rees LLP
   Attorneys at Law
3  275 Battery Street, Suite 2000
   San Francisco, CA  94111
4  (415) 986-5900
   Fax:  (415) 986-8054
5
   Attorney for Defendant
6  FEDEX NATIONAL LTL

7  DOROTHY B. GUILLORY (SBN  114891)
   Attorney at Law
8  1701 Harrison Street
   Oakland, CA  94612
9
   Attorney for Plaintiff
10 JONATHAN SPINKS

**IT IS SO ORDERED**
*Judge Vaughn R Walker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SPINKS,<br><br>                Plaintiff,<br><br>v.<br><br>FEDEX NATIONAL LTL,<br><br>                Defendant. | Case No.: C-08-02404 (VRW)<br><br>**STIPULATION FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure Section 41(a)(1).

                                                    GORDON & REES LLP

Dated: November 19, 2009          By: _____
                                                    STEPHANIE B. BRADSHAW
                                                    Attorney for Defendant FEDEX NATIONAL LTL

Dated: November 19, 2009          By: _____
                                                    DOROTHY D. GUILLORY
                                                    Attorney for Plaintiff JOHNATHAN SPINKS